**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__________ District of Delaware
(State)

Case number (*If known*): __________ Chapter 11

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **Tidewater GOM, Inc.**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **81-2112799**

**4. Debtor's address**

**Principal place of business**

601 Poydras Street
Number Street

Suite 1500

New Orleans LA 70130-6061
City State ZIP Code

Orleans Parish
County

**Mailing address, if different from principal place of business**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website** (URL) — www.tdw.com

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: __________

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax- entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2131

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☒ A plan is being filed with this petition.
- ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes District ______ When ______ (MM/ DD/ YYYY) Case number ______
District ______ When ______ (MM / DD/ YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes Debtor See attached Schedule 1 Relationship ______
District ______ When ______ (MM / DD/ YYYY)
Case number, if known ______

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that app*ly.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________

**Where is the property?** ____________

Number Street

City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____________

Contact Name ____________

Phone ____________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☒ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Tidewater GOM, Inc.**
Name

Case number (if known) ________________

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/17/2017
MM / DD / YYYY

✘ ________________
Signature of authorized representative of debtor

Bruce D. Lundstrom
Printed name

Executive Vice President, General Counsel and Secretary
Title

**18. Signature of attorney**

✘ */s/ Daniel J. DeFranceschi*
Signature of attorney for debtor

Date 05/17/2017
MM / DD / YYYY

Daniel J. DeFranceschi — Ray C. Schrock, P.C.
Printed Name

Richards, Layton & Finger, P.A. — Weil, Gotshal & Manges LLP
Firm Name

920 North King Street — 767 Fifth Avenue
Number Street

Wilmington, DE 19801 — New York, NY 10153
City/State/Zip

(302) 651-7700 — (212) 310-8000
Contact phone

defranceschi@rlf.com — ray.schrock@weil.com
Contact email address

2732 DE
Bar Number State

## Schedule 1

Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

## Debtors

Tidewater Inc.
Tidewater Marine Western, Inc.
Tidewater Corporate Services, L.L.C.
Tidewater Marine, L.L.C.
Cajun Acquisitions, LLC
Gulf Fleet Supply Vessels, L.L.C.
Hilliard Oil & Gas, Inc.
Java Boat Corporation
Pan Marine International Dutch Holdings, L.L.C.
Point Marine, L.L.C.
Quality Shipyards, L.L.C.
S.O.P., Inc.
Tidewater Marine Alaska, Inc.
Tidewater Marine International Dutch Holdings, L.L.C.
Tidewater Marine Sakhalin, L.L.C.
Tidewater Mexico Holding, L.L.C.
Tidewater Venture, Inc.
Twenty Grand (Brazil), L.L.C.
Twenty Grand Marine Service, L.L.C.
Zapata Gulf Marine, L.L.C.
Tidewater GOM, Inc.
Tidewater Subsea, L.L.C.
Tidewater Subsea ROV, L.L.C.
Tidewater Marine Fleet, L.L.C.
Tidewater Marine Hulls, L.L.C.
Tidewater Marine Ships, L.L.C.
Tidewater Marine Vessels, L.L.C.

**UNANIMOUS CONSENT OF THE DIRECTORS OF
TIDEWATER GOM, INC.**

The undersigned, being all of the directors (the "**Directors**") of Tidewater GOM, Inc. (the "**Company**"), having voting power on the matters set forth below, hereby adopt by written consent the following resolutions, as of May 17, 2017:

**WHEREAS**, the Directors have reviewed and had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business;

**WHEREAS**, the Directors have had the opportunity to consult with the management and the legal and financial advisors of the Company to fully consider each of the strategic alternatives available to the Company; and

**WHEREAS**, the Directors desire to approve the following resolutions.

**I. <u>Commencement of Chapter 11 Case</u>**

**NOW, THEREFORE, BE IT RESOLVED**, that the Directors have determined, after consultation with the management and the legal and financial advisors of the Company, that it is desirable and in the best interests of the Company, its creditors, and other parties in interest that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

**FURTHER RESOLVED**, that Jeffrey M. Platt, Quinn P. Fanning, Bruce D. Lundstrom, and any officer of the Company (each, an "**Authorized Officer**") in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to execute and file in the name and on behalf of the Company, and under its seal or otherwise, all petitions, schedules, motions, lists, applications, pleadings, and other papers in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), and, in connection therewith, to employ and retain assistance by legal counsel, accountants, restructuring advisors, financial advisors, investment bankers and other professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with the Company's chapter 11 case (the "**Chapter 11 Case**"), including, without limitation, negotiating, executing, delivering, and performing any and all documents, agreements, certificates, and/or instruments in connection with the transactions and professional retentions set forth in this resolution, with a view to the successful prosecution of the Chapter 11 Case;

## II. Retention of Advisors

**FURTHER RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP is hereby retained as counsel to the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

**FURTHER RESOLVED**, that the law firm of Richards, Layton & Finger, P.A. is hereby retained as co-counsel to the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

**FURTHER RESOLVED**, that the law firm of Jones Walker LLP is hereby retained as corporate counsel to the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

**FURTHER RESOLVED**, that the firm of AlixPartners, LLP is hereby retained as financial advisor for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

**FURTHER RESOLVED**, that the firm of Lazard Frères & Co. LLC is hereby retained as investment banker for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

**FURTHER RESOLVED**, that the firm of KPMG LLP is hereby retained as restructuring tax consultant and service provider for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

**FURTHER RESOLVED**, that the firm of Deloitte & Touche LLP is hereby retained as auditor and tax consultant for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

**FURTHER RESOLVED**, that the firm of Epiq Bankruptcy Solutions, LLC is hereby retained as claims, noticing and solicitation agent for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval;

## III. General Authorization and Ratification

**FURTHER RESOLVED**, that any Authorized Officer is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Officer shall be or become necessary, proper, or desirable in connection with the Chapter 11 Case; and

**FURTHER RESOLVED**, that any and all past actions heretofore taken by any Authorized Officer in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

This Unanimous Consent may be executed in counterparts and each counterpart whether original, facsimile, or PDF copy shall be deemed to be an original and all of such counterparts when taken together shall constitute one and the same instrument.

Bruce D. Lundstrom

Quinn P. Fanning

Jeffrey M. Platt

**Fill in this information to identify the case:**

Debtor name: Tidewater GOM, Inc.

United States Bankruptcy Court for the: District of Delaware (State)

Case number (*If known*): ____________

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Tidewater Inc.,<br>c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP as Counsel to the Unofficial Noteholder Committee<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Alan Kornberg; Brian Hermann | Name : Alan Kornberg<br>Phone : (212) 373-3209<br>Fax : (212) 492-0209<br>Email : akornberg@paulweiss.com | Unsecured Notes | | | | $1,159,059,408 |
| 2 | Bank of America, as Administrative Agent<br>900 W Trade Street<br>Charlotte, NC 28255 | Name: Erik Truette<br>Phone: (980) 387-5451<br>Email: Erik.m.truette@baml.com | Unsecured Bank Debt | | | | $904,226,680 |
| 3 | DNB Bank ASA, as Agent<br>200 Park Avenue<br>New York, NY 10166 | Name: Attn: Credit Middle Office / Loan Administration<br>Fax: (212) 681-3900<br>E-mail: caroljeanne.hourigan@dnb.no | Guarantee | C | | | $93,673,378 |
| 4 | Banc of America Leasing & Capital LLC<br>555 California Street, 4th Floor<br>Mail Code CA5-705-04-01<br>San Francisco, CA 94104 | Name : Brian Yoakum<br>Phone : (415) 765-7360<br>Fax :<br>Email: bryan.l.yoakum@bankofamerica.com | Sale Leaseback | C,U,D | | | $85,020,734 |
| 5 | Gulf Island Shipyards, LLC<br>c/o Steven W. Usdin, Barrasso Usdin Kupperman Freeman & Sarver, LLC<br>909 Poydras Street, Suite 2400<br>New Orleans, LA 70112 | Name : Steven W. Usdin<br>Phone : (504) 589-9700<br>Fax : (504) 589-9701<br>Email : susdin@barrassousdin.com | Ship Construction | C,U,D | | | $9,475,000 |
| 6 | Guaranty Trust Bank PLC<br>RC 152321<br>Plot 635 Akin Adesola St<br>PO Box 75455, Victoria Island, Lagos State, Nigeria | Name: Tunji Oduntan<br>Phone: +01-4480740-9, 2714580-9<br>Email: tunji.oduntan@gtbank.com | Guarantee | C,U | | | $5,599,332 |
| 7 | Inmarsat Solutions B.V.<br>Loire 158-160<br>Entrance B<br>Hague, 2491 AL<br>Netherlands | Name : Kleber Moran<br>Phone : (954) 713 - 6123<br>Email : kleber.moran@inmarsat.com | Trade Payables | C,U | | | $212,232 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | Oracle America, Inc.<br>500 Oracle Parkway<br>Redwood Shores, CA 94065 | Name : Diane Smith<br>Phone : 888-545-4577<br>Email : diane.smith@oracle.com | Trade Payables | C,U | | | $84,417 |
| 9 | Bollinger Shipyards, Inc<br>236 Adam Ted Gisclair Rd.<br>Golden Meadow, LA 70357 | Name : Tim Martinez<br>Phone : 985-631-3600<br>Email : timm@bollingershipyards.com | Trade Payables | C,U | | | $46,788 |
| 10 | Inchape Shipping Services<br>3Ag. Diomsiou St<br>Piraeus, 18545 GRC | Name : Barbara Koutande<br>Phone : 30-210-4146669<br>Email : | Trade Payables | C,U | | | $46,788 |
| 11 | A&M Dockside Repair Inc.<br>Hwy. 90 East<br>Morgan City, LA 70380 | Name : Wayne Mayon<br>Phone : 985-631-9018<br>Email : wamdockside@att.net | Trade Payables | C,U | | | $39,958 |
| 12 | Pentagon Freight Services Inc.<br>1211 E Richey Rd.<br>Houston, TX 77073 | Name : William Purvis<br>Phone : 281-209-8800<br>Email : houston@pentagonfreight.com | Trade Payables | C,U | | | $39,310 |
| 13 | Doerle Food Services Inc.<br>113 Kol Dr.<br>Broussard, LA 70518 | Name : Kenny Bazer<br>Phone : 337-252-8551<br>Email : kenny.bazer@doerlefoodservice.com | Trade Payables | C,U | | | $36,904 |
| 14 | BNA Marine Services<br>1022 Jackson Rd<br>Morgan City, LA 70380 | Name : Jake Breaux<br>Phone : 985-384-2840<br>Email : jake.breaux@bnamarine.com | Trade Payables | C,U | | | $36,789 |
| 15 | Stone Marine Services LTD<br>East Ness, Preston Crescent<br>Inverkeithing, Fife<br>KY11 1DS GBR | Name : Phil Murphy<br>Phone : +44(0)1383419475<br>Email : phil/murphy@stonemarineservices.com | Trade Payables | C,U | | | $33,105 |
| 16 | Shannon Hardware Co LTD<br>606 Front St<br>Morgan City, LA 70380 | Name : Ricky Weber<br>Phone : 985-385-2700<br>Email : rweber@shannonhardware.com | Trade Payables | C,U | | | $30,947 |
| 17 | Pon Power BV<br>Ketelweg 20<br>Papendrecht, 3356 LE NLD | Name : Thomas de Haas<br>Phone : +31 (0)78 6 420 219<br>Email : thomas.de.hass@pon-cat.com | Trade Payables | C,U | | | $29,470 |
| 18 | Bluetide Communications, Inc.<br>117 Nolan Road<br>Broussard, LA 70518 | Name : Ryan Gravouia<br>Phone : 337-205-6720<br>Email : rgrav@bluetidecomm.com | Trade Payables | C,U | | | $27,786 |
| 19 | Viking Life Saving Equipment<br>11255 NW 106 St, Suite 1<br>Miami, FL 33178 | Name : Bill Delahoussaye<br>Phone : 337-849-2931<br>Email : wdel@viking-life.com | Trade Payables | C,U | | | $27,732 |
| 20 | Bayards USA, Inc.<br>17171 Park Row, Suite 298<br>Houston, TX 77084 | Name : Hendrik Kaijim<br>Phone : 832-390-2544<br>Email : hendrik.kaijim@bayardsusa.com | Trade Payables | C,U | | | $26,667 |
| 21 | Siemens Industry<br>14141 Airline Hwy<br>Bldg 2, Suite B<br>Baton Rouge, LA 70817 | Name : Luke Briant<br>Phone : 770-740-3662<br>Email : luke.briant@siemens.com | Trade Payables | C,U | | | $24,576 |
| 22 | Driveline Service of Portland, Inc.<br>9041 NE Vancouver Way<br>Portland, OR 97211 | Name : Kevin McCaffrey<br>Phone : 503-289-2264<br>Email : kevin@driveshafts.com | Trade Payables | C,U | | | $21,791 |
| 23 | Sammy's Air & Repair Service, Inc.<br>514 Weeks Island Rd<br>New Iberia, LA 70560 | Name : Kent Laporte<br>Phone : 337-364-5997<br>Email : klaporte@sammysair.com | Trade Payables | C,U | | | $18,220 |
| 24 | Trafalgar Solutions, Inc.<br>11877 Douglas Rd<br>Suite 102115<br>Alpharetta, GA 30005 | Name : Rajesh Tilva<br>Phone : 678-6378463<br>Email : rtilva@trafalgarinc.com | Trade Payables | C,U | | | $17,687 |
| 25 | Level 3 Communications, LLC<br>1025 Eldorado Blvd<br>Broomfield, CO 80021 | Name : Karen Odom<br>Phone : 504-620-4834<br>Email : k.odom@level3.com | Trade Payables | C,U | | | $16,902 |
| 26 | AT&T Mobility<br>1025 Lenox Park Blvd<br>Atlanta, GA 30319 | Name : Leslie Drake<br>Phone : 901-361-2968<br>Email : lt920m@us.att.com | Trade Payables | C,U | | | $16,579 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27 | CM Thibodaux Company, LTD<br>504 Roderick St.<br>Morgan City, LA 70380 | Name : Robert Fuhrer<br>Phone : 985-385-1703<br>Email : rfuhrer@atvi.net | Trade Payables | C,U | | | $16,000 |
| 28 | Power Specialties, Inc.<br>325 Chennault St<br>Morgan City, LA 70380 | Name : Steve May<br>Phone : 985-384-8580<br>Email : smay@atvi.net | Trade Payables | C,U | | | $15,745 |
| 29 | Superior Marine Technical Services<br>6928 W. Park Ave<br>Houma, LA 70364 | Name : Thomas Aucoin<br>Phone : 985-851-2744<br>Email : thomas@superiormarinetech.com | Trade Payables | C,U | | | $15,582 |
| 30 | Ships Machinery International, Inc.<br>13005 SW 124 Avenue<br>Miami, FL 33186 | Name : Christina Sandoval<br>Phone : 305-234-5693<br>Email : csandoval@shipsmarchinery.com | Trade Payables | C,U | | | $15,043 |

**Fill in this information to identify the case:**

Debtor name: Tidewater GOM, Inc.

United States Bankruptcy Court for the: District of Delaware (State)

Case number (*If known*): ____________________

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* ____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/17/2017
MM / DD / YYYY

✕ */s/ Bruce D. Lundstrom*
Signature of individual signing on behalf of debtor

Bruce D. Lundstrom
Printed name

Executive Vice President, General Counsel and Secretary
Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **TIDEWATER INC., *et al.*,** | : | **Case No. 17– ________ (    )** |
| | : | |
| | : | |
| **Debtors.**[1] | : | **(Joint Administration Requested)** |

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, attached hereto as **Exhibit A** is an organizational chart reflecting all of the ownership interests in Tidewater Inc. ("**Tidewater Parent**") and its above-captioned debtor affiliates (the "**Affiliated Debtors**"), as proposed debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"). Tidewater Parent, on behalf of itself and the Affiliated Debtors, respectfully represents as follows:

- Each Debtor listed in **Exhibit A** is 100% owned by its direct parent unless otherwise noted.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Tidewater Inc. (7776), Tidewater Marine Western, Inc. (1064), Tidewater Corporate Services, L.L.C. (7776), Tidewater Marine, L.L.C. (7779), Cajun Acquisitions, LLC (2365), Gulf Fleet Supply Vessels, L.L.C. (2194), Hilliard Oil & Gas, Inc. (4727), Java Boat Corporation (0278), Pan Marine International Dutch Holdings, L.L.C., Point Marine, L.L.C. (9586), Quality Shipyards, L.L.C. (2335), S.O.P., Inc. (3464), Tidewater Marine Alaska, Inc. (7549), Tidewater Marine International Dutch Holdings, L.L.C. (2289), Tidewater Marine Sakhalin, L.L.C. (7779), Tidewater Mexico Holding, L.L.C. (8248), Tidewater Venture, Inc. (7694), Twenty Grand (Brazil), L.L.C. (7730), Twenty Grand Marine Service, L.L.C. (7730), Zapata Gulf Marine, L.L.C. (5513), Tidewater GOM, Inc. (2799), Tidewater Subsea, L.L.C. (2022), Tidewater Subsea ROV, L.L.C. (3832), Tidewater Marine Fleet, L.L.C., Tidewater Marine Hulls, L.L.C., Tidewater Marine Ships, L.L.C., and Tidewater Marine Vessels, L.L.C. The Debtors' principal offices are located at 601 Poydras Street, Suite 1500, New Orleans, Louisiana 70130.

- Tidewater Parent is the ultimate parent company of each of the Affiliated Debtors, and directly or indirectly owns a 100% equity interest in each of the Affiliated Debtors.
- Tidewater Parent's equity securities are publicly held. As of April 30, 2017, BlackRock, Inc. beneficially owns approximately 12% of the issued and outstanding common stock of Tidewater Parent, Robert Robotti owns approximately 9.3% of the issued and outstanding common stock of Tidewater Parent, Snow Capital Management, L.P. owns approximately 6.2% of the issued and outstanding common stock of Tidewater Parent, and Sprucegrove Investment Management Ltd. owns approximately 5.3% of the issued and outstanding common stock of Tidewater Parent.

# Exhibit A

## Organizational Chart

# Tidewater Organizational Chart




Note: Chart includes only debtors and relevant non-debtor parents. Other non-debtor subsidiaries are not included.

**Fill in this information to identify the case:**

Debtor name: Tidewater GOM, Inc.

United States Bankruptcy Court for the: District of Delaware (State)

Case number (*If known*): ____________________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ *Other document that requires a declaration* Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/17/2017
MM / DD / YYYY

✕ */s/ Bruce D. Lundstrom*
Signature of individual signing on behalf of debtor

Bruce D. Lundstrom
Printed name

Executive Vice President, General Counsel and Secretary
Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| ***In re:*** | : | **Chapter 11** |
| | : | |
| **TIDEWATER GOM, INC.,** | : | **Case No. 17– ________ (     )** |
| | : | |
| | : | |
| **Debtor.** | : | |
| ------------------------------------------------------------ x | | |

**LIST OF EQUITY SECURITY HOLDERS PURSUANT TO**
**RULE 1007(a)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the following is a list of equity security holders of the above-captioned debtor:

| Name and Last Known Address of Equity Interest Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Tidewater Inc.<br>601 Poydras Street, Suite 1500<br>New Orleans, Louisiana 70130 | Common Stock | 100% |

**Fill in this information to identify the case:**

Debtor name: Tidewater GOM, Inc.

United States Bankruptcy Court for the: District of Delaware (State)

Case number (*If known*): ____________________

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ *Other document that requires a declaration* List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/17/2017
MM / DD / YYYY

✘ */s/ Bruce D. Lundstrom*
Signature of individual signing on behalf of debtor

Bruce D. Lundstrom
Printed name

Executive Vice President, General Counsel and Secretary
Position or relationship to debtor